**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 20-21340-CV-LENARD
(15-20545-CR-LENARD)

**GUILLERMO A. SANCHEZ-BADIA,**

    Petitioner,

    v.

**UNITED STATES OF AMERICA**

    Respondent.

_____/

**UNITED STATES' NOTICE OF APPEARANCE**

The United States hereby files this Notice of Appearance of Trial Attorney Laura Connelly as counsel of record in this case.

                                        Respectfully submitted,

                                        ROBERT A. ZINK
                                        CHIEF
                                        CRIMINAL DIVISION, FRAUD SECTION
                                        U.S. DEPARTMENT OF JUSTICE

                                        By: /s/ Laura Connelly
                                        LAURA CONNELLY
                                        Florida Special Bar No. A5502649
                                        Trial Attorney
                                        Fraud Section, Criminal Division
                                        United States Department of Justice
                                        1400 New York Ave. NW
                                        Washington, DC 20005
                                        Telephone: (202) 307-1423

Date: April 7, 2020

## **CERTIFICATE OF SERVICE**

I, Laura Connelly, certify that the foregoing has been served on all attorneys of record in the above-captioned case, either via the CM/ECF electronic filing system or via email.

> By: /s/ Laura Connelly
> LAURA CONNELLY
> Florida Special Bar No. A5502649
> Trial Attorney
> Fraud Section, Criminal Division
> United States Department of Justice
> 1400 New York Ave. NW
> Washington, DC 20005
> Telephone: (202) 307-1423

Date: April 7, 2020