UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-21340-CIV-LENARD
(Criminal Case No. 15-20545-Cr-Lenard)

**GUILLERMO A. SANCHEZ-BADIA,**

  Petitioner,

**v.**

**UNITED STATES OF AMERICA**,

  Respondent.
_____/

## ORDER ADOPTING REPORT OF THE MAGISTRATE JUDGE (D.E. 7), CONSTRUING PETITION FOR WRIT OF ERROR CORAM NOBIS (D.E. 1) AS A SUCCESSIVE MOTION UNDER 28 U.S.C. § 2255 AND DISMISSING IT FOR LACK OF JURISDICTION, DENYING CERTIFICATE OF APPEALABILITY, AND CLOSING CASE

**THIS CAUSE** is before the Court on the Report of Magistrate Judge Lisette M. Reid issued July 29, 2020, recommending that the Court construe Guillermo A. Sanchez-Badia's Petition for Writ of Error Coram Nobis (D.E. 1) as a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, and to dismiss it as an unauthorized successive 2255 Motion. ("Report," D.E. 7.) On October 9, 2020, the Court entered an Order providing Petitioner until and including October 30, 2020 to file Objections to the Report. (D.E. 9.) As of the date of this Order, no objections have been filed. Failure to file objections shall bar parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149

(11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 7) issued on July 29, 2020, is **ADOPTED**;

2. Petitioner Guillermo A. Sanchez Badia's Petition for Writ of Error Coram Nobis (D.E. 1) is construed as a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, and is **DISMISSED for lack of jurisdiction** as an unauthorized successive 2255 Motion;

3. A certificate of appealability **SHALL NOT ISSUE**;

4. All pending motions are **DENIED AS MOOT**; and

5. This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 2nd day of November, 2020.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**